IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MISSISSIPPI POWER COMPANY
MEDICAL BENEFITS PLAN                                              PLAINTIFF

VERSUS                                                     CIVIL ACTION NO. 1:03cv224Ro

OTIS HUBERT WELCH                                                  DEFENDANT

FILED NOV 14 2006 J.T. NOBLIN, CLERK

## FINAL JUDGMENT

Pursuant to the memorandum opinion issued on November 13, 2006 finding that Defendant's Motion for Summary Judgment should be granted.

.IT IS, hereby, ORDERED AND ADJUDGED, this matter be, and is hereby, dismissed with prejudice.

This the 13th day of November, 2006

CHIEF UNITED STATES MAGISTRATE JUDGE